STATE of Missouri, Respondent,

v.

David Alan DANE, Appellant.

No. WD 42307.

Missouri Court of Appeals,
Western District.

April 10, 1990.

Judith C. LaRose, Columbia, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM:

Appeal from convictions of burglary in the second degree, § 569.170, RSMo 1986, and stealing, § 570.030, RSMo 1986, and from sentences of concurrent prison terms of seven years.

Affirmed. Rule 30.25(b).